**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUAN PENA,

Plaintiff,

-against-

ISLAND AUTOMALL, LLC d/b/a
EASTCHESTER CERTIFIED MOTORS, and
JOHN P. FRANTZIS,

Defendants.

Case No.: 7:26-cv-06574-KMK

**NOTICE OF APPEARANCE**

To: The clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as attorney for the defendants, ISLAND AUTOMALL, LLC d/b/a EASTCHESTER CERTIFIED MOTORS and JOHN P. FRANTZIS.

Dated: Jericho, New York
August 28, 2026

Respectfully submitted,

LABONTE LAW GROUP, PLLC

*/s/ Rick C. Kim*
*Attorneys for Defendants*
*ISLAND AUTOMALL, LLC d/b/a*
*EASTCHESTER CERTIFIED MOTORS and*
*JOHN P. FRANTZIS*
333 Jericho Turnpike, Suite 200
Jericho, New York 11753
(516) 280-8580
rkim@labontelawgroup.com