AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

JUAN PENA,

*Plaintiff(s)*

v.

ISLAND AUTOMALL, LLC d/b/a EASTCHESTER CERTIFIED MOTORS, and JOHN P. FRANTZIS,

*Defendant(s)*

Civil Action No. 7:26-cv-06574

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 28, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

JUAN PENA,

Plaintiff,

vs.

ISLAND AUTOMALL, LLC d/b/a EASTCHESTER CERTIFIED MOTORS, and JOHN P. FRANTZIS,

Defendants.

Case No.: 7:26-cv-06574

**RIDER TO SUMMONS**

**ISLAND AUTOMALL, LLC d/b/a EASTCHESTER CERTIFIED MOTORS,**

541 White Plains Road,
Eastchester, New York 10709

**JOHN P. FRANTZIS,**

541 White Plains Road,
Eastchester, New York 10709