LaBonte Law Group
PLLC

Stevan H. LaBonte
*Managing Member*
Christine M. Staiano
*Partner*
Samantha M. Stanciu
Rick C. Kim
Dana M. LaMacchia
Dean T. Hough
Rav Hotz

333 Jericho Turnpike, Suite 200
Jericho, NY 11753
T: 516-280-8580 • F: 631-794-2434
SLaBonte@LaBonteLawGroup.com
www.LaBonteLawGroup.com

*of Counsel:*
Michael R. Freeda
Giulia Palermo

September 8, 2026

**VIA ECF**

Hon. Kenneth M. Karas
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601-4150

Re: Juan Pena v. Island Automall, et al
Case No.: 7:26-cv-06574-KMK

Dear Honorable Karas:

We are general counsel to defendants, Island Automall, LLC d/b/a Eastchester Certified Motors and John P. Frantziz, and have recently filed Notice of Appearance on their behalf to file waiver of service.

We write to respectfully request an adjournment of the initial conference currently scheduled for September 17, 2026 at 2:30 p.m. to a date to be set by this Court after October 27, 2026 (answer or response due date). We are requesting an adjournment of the initial conference because we appeared on behalf of defendants, at this juncture, to file waiver of service to secure a 60 day time period to answer or respond to the complaint. Defendants are investigating to see if there is available insurance coverage for this claim. Further, defendants require additional time to conduct investigation to prepare an answer or response to the complaint.

This is defendants' first request for an adjournment of the initial conference. As of the date of this letter motion, plaintiff has not responded nor objected to my request for an adjournment.

We thank in advance for the Court's attention and consideration over this matter.

Respectfully submitted,

*/s/ Rick C. Kim*

Rick C. Kim

To: Emanuel Kataev, Esq.
SAGE LEGAL LLC
*Attorney for Plaintiff*
*Via ECF*