UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PENA,

Plaintiff,

-against-

ISLAND AUTOMALL, LLC d/b/a
EASTCHESTER CERTIFIED MOTORS, and
JOHN P. FRANTZIS,

Defendants.

Case No.: 7:26-cv-06574-KMK

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney for defendant, ISLAND AUTOMALL, LLC d/b/a EASTCHESTER CERTIFIED MOTORS, certifies that there are no publicly traded corporate affiliates, subsidiaries and/or parent of the aforementioned corporate party.

Dated: Jericho, New York
October 27, 2026

Respectfully submitted,

LABONTE LAW GROUP, PLLC

*/s/ Rick C. Kim*
*Attorneys for Defendants*
*ISLAND AUTOMALL, LLC d/b/a*
*EASTCHESTER CERTIFIED MOTORS and*
*JOHN P. FRANTZIS*
333 Jericho Turnpike, Suite 200
Jericho, New York 11753
(516) 280-8580
rkim@labontelawgroup.com

To: Attorney for Plaintiff via ECF