UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X

Juan Pena,

Plaintiff,

v.

Island Automall, LLC doing business as Eastchester Certified Motors and John P. Frantzis,

Defendant.

----------------------------------- X

26-cv-06574 (KMK)(AEK)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

_X_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING (re contempt)

____ SOCIAL SECURITY

____ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636 FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636 FOR LIMITED PURPOSE OF

______________________________

______________________________

Dated: November 18, 2026
White Plains, NY

SO ORDERED:

______________________________
Hon. Kenneth M. Karas
United States District Judge

* Do not check if already referred for General Pre-Trial.