**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JUAN PENA,

Plaintiff,

-against-

ISLAND AUTOMALL, LLC, *et al.*,

Defendants.
-------------------------------------------------------------x

**SCHEDULING ORDER**

26 Civ. 6574 (KMK)(JCM)

The Court has scheduled a Status Conference for February 3, 2027 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 325.

Dated: November 19, 2026
White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge